# Exhibit C

*Invoices*

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | |
|---|---|---|---|---|---|
| Vendor: United States District Court | | | | Check No.: 87505 | |
| Voucher #: | Your Invoice No. | Reference Number | Invoice Date | Invoice Amount | Amount Paid |
| 156895 | Filing Fee/05/10/12 | | 05/10/12 | $350.00 | $350.00 |
| GL2027-000/0713-052/MFB | | | | | |

05/10/12      $350.00

## McIntosh Sawran & Cartaya, P.A.

OPERATING ACCOUNT
1776 E. SUNRISE BLVD.
P.O. BOX 7990
FORT LAUDERDALE, FL 33338-7990
(954) 765-1001

SUNTRUST BANK, SOUTH FLORIDA
LAS OLAS OFFICE 417
FORT LAUDERDALE, FL 33301-2260
63-215/631

**87505**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 87505 | 05/10/12 | 090505 |

CHECK AMOUNT
$350.00

**PAY** Three hundred fifty and NO/100 Dollars

TO THE ORDER OF
United States District Court
Southern District of Florida

⑈087505⑈ ⑆063102152⑆ 1000109230275⑈

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | |
|---|---|---|---|---|---|
| Vendor: United States District Court | | | | Check No.: 87505 | |
| Voucher #: | Your Invoice No. | Reference Number | Invoice Date | Invoice Amount | Amount Paid |
| 156895 | Filing Fee/05/10/12 | | 05/10/12 | $350.00 | $350.00 |
| GL2027-000/0713-052/MFB | | | | | |

05/10/12      $350.00

Williams Process Service, Inc.
378 Northlake Blvd.
No. 263
North Palm Beach, FL 33408
Phone: (561) 881-1442
Tax I.D.: 65-1026001

# BATCH INVOICE

Invoice #WPS-2012005102
5/29/2012



McIntosh, Sawran & Cartaya, P.A.

Reference Number:

Case Number: Southern 12-21755-CIV-MORENO/OTAZO-REYES
WESTCHESTER FIRE INSURANCE COMPANY, a foreign corporation,
vs.
MID-CONTINENT CASUALTY COMPANY, a foreign corporation.

Invoice covers Papers Served through 5/29/2012.

## ITEMIZED LISTING

| Job | Date Served | Person Served | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2012005102 | 5/18/2012 | Mid-Continent Casualty Company | | | | $80.00 |
| | | Served | 1.00 | 0.00 | 0.00 | |
| | | Service Fee - Tulsa, OK | 1.00 | 80.00 | 80.00 | |
| | | **TOTAL CHARGED** | | | $80.00 | |
| | | **TOTAL AMOUNT DUE** | | | | $80.00 |

0713-057
OK to pay
RFW

Williams Process Service, Inc.
378 Northlake Blvd.
No. 263
North Palm Beach, FL 33408
Phone: (561) 881-1442
Tax I.D.: 65-1026001

## BATCH INVOICE

Invoice #WPS-2013000587
1/18/2013

060365

McIntosh, Sawran & Cartaya, P.A.

Reference Number:
Your Contact: Michael Barzyk, Esq

**RECEIVED**

JAN 2 5 2013

McINTOSH, SAWRAN,
CARTAYA P.A.

Case Number: Southern 12-21758-CIV-MORENO/OTAZO-REYES
WESTCHESTER FIRE INSURANCE COMPANY, a foreign corporation,
vs.
MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

Invoice covers Papers Served through 1/18/2013.

### ITEMIZED LISTING

| Job | Date Served | Person Served | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2013000587 | 1/17/2013 | Scott Sandler Esquire | | | | $50.00 |
| vp#162596 | | Served | 1.00 | 0.00 | 0.00 | |
| | | Rush Fee | 1.00 | 25.00 | 25.00 | |
| | | Service Fee | 1.00 | 25.00 | 25.00 | |
| 2013000588 | 1/16/2013 | Michael J. Paris Esquire - Conroy Simber, et al., | | | | $50.00 |
| vp#162547 | | Served | 1.00 | 0.00 | 0.00 | |
| | | Rush Fee | 1.00 | 25.00 | 25.00 | |
| | | Service Fee | 1.00 | 25.00 | 25.00 | |

| | | |
|---|---|---|
| | TOTAL CHARGED | $100.00 |
| | **TOTAL AMOUNT DUE** | **$100.00** |

0713-05L
ok to Pay
RFW

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.45

Williams Process Service, Inc.
378 Northlake Blvd.
No. 263
North Palm Beach, FL 33408
Phone: (561) 881-1442
Tax I.D.: 65-1026001

## BATCH INVOICE

Invoice #WPS-2013000619
1/21/2013

v0#1625565
603365

McIntosh, Sawran & Cartaya, P.A.

Reference Number:
Your Contact: Michael Barzyk, Esq

Case Number: Southern 12-21758-CIV-MORENO/OTAZO-REYES
WESTCHESTER FIRE INSURANCE COMPANY, a foreign corporation,
vs.
MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

Invoice covers Papers Served through 1/21/2013.

RECEIVED
JAN 25 2013
McINTOSH, SAWRAN
CARTAYA P.A.

### ITEMIZED LISTING

| Job | Date Served | Person Served | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2013000619 | 1/18/2013 | Abigail Cohen Esquire - Eric N. Klein & Associates, P.A. | | | | $50.00 |
| | | Served | 1.00 | 0.00 | 0.00 | |
| | | Rush Fee | 1.00 | 25.00 | 25.00 | |
| | | Service Fee | 1.00 | 25.00 | 25.00 | |

|  |  |  |
|---|---|---|
| | TOTAL CHARGED | $50.00 |
| | **TOTAL AMOUNT DUE** | **$50.00** |

0713-052
OK to PAY
RPN

RECEIVED
JAN 24 2013
McINTOSH SAWRAN

Copyright © 1993-2011 Database Services, Inc. - Process Server's Toolbox V6.4s

Williams Process Service, Inc.
378 Northlake Blvd.
No. 263
North Palm Beach, FL 33408
Phone: (561) 881-1442
Tax I.D.: 65-1026001

## BATCH INVOICE

Invoice #WPS-2013000817
1/24/2013


060365
162769

McIntosh, Sawran & Cartaya, P.A.

Reference Number:
Your Contact: Michael Barzyk, Esq

Case Number: Southern 12-21758-CIV-MORENO/OTAZO-REYES
WESTCHESTER FIRE INSURANCE COMPANY, a foreign corporation,
vs.
MID-CONTINENT CASUALTY COMPANY, a foreign corporation,


RECEIVED
FEB -6
McINTOSH, SAWRAN
CARTAYA P.A.

Invoice covers Papers Served through 1/24/2013.

### ITEMIZED LISTING

| Job | Date Served | Person Served | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2013000817 | 1/23/2013 | Steven Marks Esquire - Podhurst Orseck | | | | $50.00 |
| | Served | | 1.00 | 0.00 | 0.00 | |
| | Rush Fee | | 1.00 | 25.00 | 25.00 | |
| | Service Fee | | 1.00 | 25.00 | 25.00 | |

| | TOTAL CHARGED | $50.00 |
|---|---|---|
| | **TOTAL AMOUNT DUE** | **$50.00** |

0713-052
OK to pay
n PA

POSTED
FEB -6 2013
BY: _____

RECEIVED
JAN 28, 2013
McINTOSH SAWRAN

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4s

Williams Process Service, Inc.
378 Northlake Blvd.
No. 263
North Palm Beach, FL 33408
Phone: (561) 881-1442
Tax I.D.: 65-1026001

# BATCH INVOICE

Invoice #WPS-2013000600
2/14/2013

McIntosh, Sawran & Cartaya, P.A.

Reference Number:
Your Contact: Michael Barzyk, Esq

Case Number: Southern 12-21758-CIV-MORENO/OTAZO-REYES
WESTCHESTER FIRE INSURANCE COMPANY, a foreign corporation,
  vs.
MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

Invoice covers Papers Served through 2/14/2013.

## ITEMIZED LISTING

| Job | Date Served | Person Served | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2013000600 | 2/11/2013 | Lori D. Kemp Esquire - Conroy Simberg, et al., | | | | $115.00 |
| | | Served | 1.00 | 0.00 | 0.00 | |
| | | Rush Fee | 1.00 | 35.00 | 35.00 | |
| | | Additional Addresses | 1.00 | 35.00 | 35.00 | |
| | | Service Fee - Orlando, FL | 1.00 | 45.00 | 45.00 | |

| | | |
|---|---|---|
| | TOTAL CHARGED | $115.00 |
| | **TOTAL AMOUNT DUE** | $115.00 |

CLIENT COST (ONLY)
F/F NO.: 0713-050
FILE NAME: Westchester v. Mid Continent
SIGNATURE:
(OK TO PAY) Michael Barzyk
DATE: 2/19/13
RETURN TO:
DATE NEEDED:

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4s

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 790811 | 11/10/2010 | 755858 |
| Job Date | Case No. | |
| 10/22/2010 | 0521642CA31 | |

| Case Name |
|---|
| Jesus Pillado vs. Continental Manufacturing Company |

| Payment Terms |
|---|
| Due upon receipt |

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

080422

Michael Barzyk, Esquire
McIntosh, Sawran, Peltz & Cartaya, P.A.
1776 East Sunrise Boulevard, 2nd Floor
Fort Lauderdale FL 33304-3067

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Hearing before Judge Michael Genden
   5-Day Expedited Transcript
   E-cd Litigation Package
   Shipping/Handling/Processing
   Electronic Delivery

RECEIVED
DEC 3 2010
MCINTOSH, SAWRAN, PELTZ
CARTAYA P.A.

Vo #144741

| | | | |
|---|---|---|---|
| 20.00 Pages | @ | 5.50 | 110.00 |
| | | | 66.00 |
| | | 35.00 | 35.00 |
| | | 20.00 | 20.00 |
| | | 0.00 | 0.00 |
| TOTAL DUE >>> | | | $231.00 |
| (-) Payments/Credits: | | | 0.00 |
| (+) Finance Charges/Debits: | | | 0.00 |
| (=) New Balance: | | | 231.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 59-177-9907                     Phone: 954-765-1001   Fax:954-765-1005

*Please detach bottom portion and return with payment.*

Michael Barzyk, Esquire
McIntosh, Sawran, Peltz & Cartaya, P.A.
1776 East Sunrise Boulevard, 2nd Floor   CLIENT COST (ONLY)
Fort Lauderdale FL 33304-3067
FILE NO: 0713-052
FILE NAME: Pillado v. Continental
SIGNATURE: [signed]
(OK TO PAY) Michael F. Barzyk
DATE: 11-29-10
RETURN TO: _____
DATE NEEDED: _____

Remit To: U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL 32886-4407

Job No.   : 755858          BU ID  : 51-MIAMI
Case No.  : 0521642CA31
Case Name : Jesus Pillado vs. Continental Manufacturing Company
Invoice No. : 790811        Invoice Date : 11/10/2010
Total Due : $ 231.00

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:



# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

## INVOICE

NUMBER 2013-51

TO: McINTOSH SAWRAN & CARTAYA, P.A.
1776 E. SUNRISE BLVD., P.O. BOX 7990
FORT LAUDERDALE, FL ATTN: MICHAEL F.
BARZYK, ESQ. ATTN: REGINA

PHONE: (954) 765-1001
FAX: (954) 765-1005

MAKE CHECK PAYABLE TO:
J.M. COURT REPORTING, INC
1601 N.W. 109 Terrace
Pembroke Pines, FL 33026-2717

PHONE: (954) 431-4757

Fed Tax Id# 65-0841880

### TRANSCRIPTS

[ ] CRIMINAL   [✓] CIVIL   DATE ORDERED   DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)
WESTCHESTER FIRE INS. CO. VS. MID-CONTINENT CASUALTY CO., CASE NO. 12-CV-21758-MORENO

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | 0.60 | 0.00 | 0.00 |
| Expedited | 45 | 4.85 | 218.25 | | 0.90 | 0.00 | | 0.60 | 0.00 | 218.25 |
| Daily | | 6.05 | 0.00 | | 1.20 | 0.00 | | 0.90 | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): FEBRUARY 15, 2013   TOTAL  218.25

ATTN: REGINA Please cut the check & then scan it to my e-mail address, CRJM@AOL.COM. Put the check in the regular mail. Then I will send you the transcript in PDF format. Thank you. Jerry Meyers, court reporter.

LESS DISCOUNT FOR LATE DELIVERY
ADD AMOUNT OF DEPOSIT
AMOUNT DUE (OR REFUND)   218.25

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
S/JERALD M. MEYERS

DATE: 02/22/2013

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR
SIGNATURE: _____ (OK TO PAY)
DATE: _____
RETURN TO: _____
DATE NEEDED: _____

| | UNITED STATES DISTRICT COURT |
|---|---|
| AO44 (Rev. 11/07) | FOR THE SOUTHERN DISTRICT OF FLORIDA |

INVOICE NO: 00000362

MAKE CHECKS PAYABLE TO:

Douglas M. McIntosh, Esq.
McIntosh Sawran & Cartaya, P.A.
1776 E. Sunrise Boulevard
P.O. Box 7990
Ft. Lauderdale, FL 33338
Phone: (954) 765-1001

Gilda Pastor-Hernandez, RPR, FPR
Official U.S. Court Reporter
DUNS No. 965017150
400 N. Miami Avenue, Suite 13-3
Miami, FL 33128
Phone: (305) 523-5118

gphofficialreporter@gmail.com

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 03-01-2013    DATE DELIVERED:

**Case Style:** 12-21758, Westchester Fire Insurance Co. v Mid-Continent Casualty Co.
Transcript of Calendar Call proceedings held February 19, 2013 before the Honorable Chief Judge, Federico A. Moreno.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 27 | 4.68 | 126.36 | | | | | | | 126.36 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.    MISC. CHARGES:

TOTAL: 126.36
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $126.36

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:    DATE: 03-01-13

*(All previous editions of this form are cancelled and should be destroyed)*

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | |
|---|---|---|---|---|---|
| **Vendor:** Steven Marks, Esquire | | | | Check No.: 89956 | |
| **Voucher #:** 162333 GL2027-000/0713-052/DMM | **Your Invoice No.** Trial Witness Fee/ | Reference Number | **Invoice Date** 01/16/13 | **Invoice Amount** $40.51 | **Amount Paid** $40.51 |

01/16/13     $40.51

---

**THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW**

McIntosh Sawran & Cartaya, P.A.
OPERATING ACCOUNT
1776 E. SUNRISE BLVD.
P.O. BOX 7990
FORT LAUDERDALE, FL 33338-7990
(954) 765-1001

SUNTRUST BANK, SOUTH FLORIDA
LAS OLAS OFFICE 417
FORT LAUDERDALE, FL 33301-2260
63-216/631

**89956**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 89956 | 01/16/13 | 130116 |

CHECK AMOUNT
$40.51

PAY Forty and fifty-one/100 Dollars

TO THE ORDER OF    Steven Marks, Esquire

*Nancy R. Foff* (signature)

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈089956⑈ ⑆063102152⑆ 1000109230275⑈

---

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | |
|---|---|---|---|---|---|
| **Vendor:** Steven Marks, Esquire | | | | Check No.: 89956 | |
| **Voucher #:** 162333 GL2027-000/0713-052/DMM | **Your Invoice No.** Trial Witness Fee/ | Reference Number | **Invoice Date** 01/16/13 | **Invoice Amount** $40.51 | **Amount Paid** $40.51 |

01/16/13     $40.51

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | | |
|---|---|---|---|---|---|---|
| Vendor: Michael J. Paris, Esquire | | | | | Check No.: | 89957 |
| Voucher #: 162334 | Your Invoice No. Trial Witness Fee | Reference Number | Invoice Date 01/16/13 | Invoice Amount $61.56 | | Amount Paid $61.56 |
| GL2027-000/0713-052/DMM | | | | | | |

01/16/13      $61.56

---

**McIntosh Sawran & Cartaya, P.A.**
OPERATING ACCOUNT
1776 E. SUNRISE BLVD
P.O. BOX 7990
FORT LAUDERDALE, FL 33338-7990
(954) 765-1001

SUNTRUST BANK, SOUTH FLORIDA
LAS OLAS OFFICE 417
FORT LAUDERDALE, FL 33301-2260
63-215/631

**89957**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 89957 | 01/16/13 | 130117 |

CHECK AMOUNT
$61.56

PAY Sixty-one and fifty-six/100 Dollars

TO THE ORDER OF    Michael J. Paris, Esquire

⑈089957⑈ ⑆063102152⑆ 1000109230275⑈

---

| McIntosh Sawran & Cartaya, P.A. | | | | SUNTRUST - OPERATING ACCOUNT | | |
|---|---|---|---|---|---|---|
| Vendor: Michael J. Paris, Esquire | | | | | Check No.: | 89957 |
| Voucher #: 162334 | Your Invoice No. Trial Witness Fee | Reference Number | Invoice Date 01/16/13 | Invoice Amount $61.56 | | Amount Paid $61.56 |
| GL2027-000/0713-052/DMM | | | | | | |

01/16/13      $61.56

## McIntosh Sawran & Cartaya, P.A.
1776 East Sunrise Boulevard
Post Office Box 7990
Fort Lauderdale, Florida 33338-7990
Tax Identification No.: 65-0104621

Billed Through 06/26/2013

0713      00052      DMM

Westchester Fire Insurance Company v. Mid-Continent Casualty Company
Claim No. 233L280571-5

## BILLING SUMMARY

For the period of April 16, 2012 through June 26, 2013 / 29,296 copies @ 0.10 each

| | |
|---|---|
| TOTAL DISBURSEMENTS | $2,929.60 |
| **TOTAL BALANCE NOW DUE** | **$2,929.60** |